IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOEY ASHWORTH

            Plaintiff,

v.                                           CIVIL ACTION NO. 2:20-cv-00041

SOUTH CENTRAL REGIONAL JAIL,

            Defendant.

**ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. Magistrate Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 5] ("PF&R") and recommended that I dismiss Plaintiff's complaint and this civil action pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B) and that I deny Plaintiff's Application to Proceed Without Prepayment of Fees and Costs. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs [ECF No. 1] and **DISMISSES** Plaintiff's complaint [ECF No. 2]. I order that this case be **DISMISSED** and **REMOVED** from the docket of the court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    December 1, 2022

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE